IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREL MCELROY                                                              PLAINTIFF

v.                                    Case No. 4:25-cv-04090

DEPARTMENT OF CORRECTIONS                                      DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation filed on December 2, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Singleton recommends that Plaintiff's petition for writ of habeas corpus be dismissed without prejudice for failure to prosecute and for failure to comply with the Court's Order to provide additional information (ECF No. 8). (ECF No. 11, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, the Court finds that Plaintiff's petition should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order and for failure to prosecute this case.

**IT IS SO ORDERED**, this 14th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that the Report and Recommendation was returned and marked as undeliverable, as were the Court's previous two Orders (ECF Nos. 7, 8).